ANTHONY J WEIBELL, State Bar No. 238850
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: aweibell@wsgr.com

Attorneys for Defendant
ROBLOX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, | CASE NO.: 3:21-cv-03943-WHO |
| Plaintiff, | **NOTICE OF APPEARANCE OF ANTHONY J WEIBELL ON BEHALF OF DEFENDANT ROBLOX CORPORATION** |
| v. | |
| ROBLOX CORPORATION, | |
| Defendant. | |

PLEASE TAKE NOTICE that the following attorney shall now appear in this action on behalf of Defendant ROBLOX CORPORATION:

ANTHONY J WEIBELL
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: aweibell@wsgr.com

Dated: May 27, 2021

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Anthony J Weibell

Attorneys for Defendant
ROBLOX CORPORATION