1  RAFEY BALABANIAN (SBN 315962)
   rbalabanian@edelson.com
2  LILY HOUGH (SBN 315277)
   lhough@edelson.com
3  EDELSON PC
   150 California Street, 18th Floor
4  San Francisco, California 94111
   Tel: 415.212.9300
5  Fax: 415.373.9435

6  *Attorneys for Plaintiff and the Putative Class*

7
   ANTHONY J WEIBELL (SBN 238850)
8  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
9  650 Page Mill Road
   Palo Alto, CA 94304-1050
10 Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
11 Email:  aweibell@wsgr.com

12 *Attorneys for Defendant*

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16 | JANE DOE,                    | CASE NO.:  3:21-cv-03943-WHO
17 |         Plaintiff,           | **JOINT NOTICE OF POTENTIAL EARLY RESOLUTION**
18 |   v.                         |
19 | ROBLOX CORPORATION,          |
20 |         Defendant.           |

23   The parties to this action, by and through their undersigned counsel of record, hereby
24 jointly provide notice to the Court and to the public that they are evaluating a potential resolution
25 of this action. If resolved, the parties will file an appropriate notice with the Court. In
26 consideration of the above, the Summons and Complaint in this action have not yet been served
27 but will be served (or service will be waived) prior to the time limit for service in Fed. R. Civ. P.
28 4(m) if the action is not dismissed prior to that date.

Dated: June 10, 2021                     EDELSON PC

                                         By: */s/ Rafey Balabanian*

                                         Attorneys for Plaintiff
                                         JANE DOE AND THE PUTATIVE CLASS


Dated: June 10, 2021                     WILSON SONSINI GOODRICH & ROSATI
                                         Professional Corporation

                                         By: */s/ Anthony J Weibell*

                                         Attorneys for Defendant
                                         ROBLOX CORPORATION


## ATTESTATION OF FILING

The undersigned hereby attests that concurrence in the filing of this document has been duly obtained from all other signatories hereto.

                                         By: */s/ Anthony J Weibell*