June 12, 2023

*Via Certified Mail*

The Honorable William H. Orrick III
Senior Judge
Attn: Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

**RECEIVED**

JUN 1 6 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Re: Objection to Proposed Class Settlement
*Doe v. Roblox Corp.*, No. 3:21-CV-03943WHO (N.D. Cal.)

Dear Judge Orrick,

My name is Jacob Xander Emerson, formerly known as Jacob Alan Henson, my mailing address is 106 East Sixth Street, Suite 900-206, Austin, Texas 78701, my email address is jacob@jacobemerson.me, my telephone number is (512) 730-0625, and my Roblox username is ▇▇▇▇▇▇.[1] I am a member of the Settlement Class and received legal notice of the settlement at my old email address, jacob.henson@gmx.us (Exhibit B).

I am writing this letter to object to the Proposed Settlement Agreement on behalf of the Settlement Class because it pays Class Counsel way too much, and does not properly redress the Settlement Class' injury as a result. Two and a half million dollars ($2,500,000) is ridiculous considering that most Roblox users are children. Class Counsel acknowledged as much. *See* First Amended Comp. ¶ 3-4. I understand that usually Class Counsel in class actions request up to twenty-five percent (25%) of the Settlement Fund and Class Counsel has done so here, but even so, the circumstances call for Class Counsel to take a smaller chunk of the Settlement Fund to properly redress the injury posed to thousands of my fellow

---

[1] My name was changed from Jacob Alan Henson to Jacob Xander Emerson by court order. I've attached a certified copy of a Formerly Known As (FKA) affidavit to prove my identity, as I received the legal notice under my old name and email address. Both are enclosed.

class members, who again are mostly children. Levi & Korsinsky (Class Counsel) makes millions upon millions of dollars bringing Class Actions and winning settlements. Class Counsel knows that they are representing mostly children playing Roblox who purchased Robux to spend on virtual items, and they still requested twenty-five percent (25%) of the Settlement Fund, taking more money than they deserve from the children who've been wronged and giving it to themselves, who are usually overpaid attorneys. That is far, far from fair.

    As a result, Class Counsel's calculation for someone who spent two thousand five hundred Robux (R$2,500) on moderated items would only get ten dollars ($10) or one thousand Robux (R$1,000).[2] If anything, someone who's spent that much should get all their Robux back plus more for their inconvenience if possible. This is more likely than not a direct result of Class Counsel's outrageous request for two and half million ($2,500,000) compared to their eighteen thousand ($18,000) in actual litigation cost.

    Thus, I respectfully request that the Court reject the Settlement and give counsel the opportunity to go back to the Settlement table and work out either a bigger Settlement amount to give Class Counsel their unwarranted paycheck or to cut Class Counsel's paycheck to what is fair and equitable, which in my opinion is around five hundred thousand dollars ($500,000) to a million dollars ($1,000,000).

    I would greatly appreciate it if the Court would permit me to appear virtually or telephonically at the Final Approval Hearing.

---

[2] Roblox Settlement, *Frequently Asked Questions* at 8, https://robloxsettlement.com/faq/ [https://web.archive.org/web/20230611011530/http://web.archive.org/screenshot/https://robloxsettlement.com/faq/] (last visited June 10, 2023).

If this objection is to be unsealed by the Court, I would appreciate it if the Court would redact my Roblox username, as I am afraid that Roblox will retaliate against me for filing this objection, and that certain people on Roblox who have been harassing me may find my real-life identity and harass me further. If the Court intends to unseal this objection without redacting my Roblox username, I would appreciate an opportunity to be heard fully before the Court does so.

Sincerely yours,

Jacob Emerson
106 East Sixth Street
Suite 900-206
Austin, Texas 78701
(512) 730-0625
jacob@jacobemerson.me

Enclosures:
    Formerly Known As Affidavit
    Legal Notice of Class Settlement

THE STATE OF TEXAS
COUNTY OF TRAVIS

This instrument was acknowledged before me this 12th day of June 2023 by Jacob Xander Emerson, proved to me through a Texas Identification Card.

LILIBETH SARAHI DUQUE
Notary Public, State of Texas
My Comm. Exp. 03-11-2025
ID No. 13297030-1

Notary Public, State of Texas

## FORMERLY KNOWN AS AFFIDAVIT

THE STATE OF TEXAS
COUNTY OF TRAVIS

Before me, the undersigned authority, on this day personally appeared Jacob Xander Emerson, who swore to tell the truth, and stated as follows–

1. My name is Jacob Emerson. I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement. I understand that if I lie in this statement, I may be held criminally responsible. This statement is true.

2. My current legal name is Jacob Xander Emerson, and my current place of residence is in Austin, Texas. I am one and the same person as Jacob Alan Henson, Jacob Henson, and Jacob Emerson. My name was legally changed from Jacob Alan Henson to Jacob Xander Emerson in March 2023.

Jacob Emerson
106 East Sixth Street
Suite 900-206
Austin, Texas 78701
(512) 730-0625
jacob@jacobemerson.me

Subscribed and sworn before me, the undersigned authority, this 12 day of April 2023, by Jacob Xander Emerson, proved to me through a Texas state identification card.

Notary Public, State of Texas



ROBIN L HOWARD
Notary ID #130612112
My Commission Expires
April 7, 2024

THE STATE OF TEXAS
COUNTY OF TRAVIS

On this 3rd day of May 2023, I certify that the foregoing instrument is a true, exact, complete, and unaltered copy of a Formerly Known As Affidavit, presented to me by the document's custodian, Jacob Xander Emerson, proved to me through a Texas state identification card, and that, to the best of my knowledge, the original instrument is neither a public record nor a publicly recordable instrument, certified copies of which are available from an official source other than a notary public.

PANPAN LIN
Notary ID #134010014
My Commission Expires
October 11, 2026

_____
Notary Public, State of Texas

## INFORMATION

Title of Original Instrument: Formerly Known As Affidavit

Original Document Date: April 12, 2023

Pages (including certificate): 2

Address Where Original is Kept:
411 East Sixth Street, Unit D3, Austin, Texas 78701

Custodian: Jacob Xander Emerson

Capacity Claimed by Custodian: Signer of Formerly Known As Affidavit



**RECEIVED**

JUN 16 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Order Supplies and Track Online: www.CertifiedMailLabels.com