June 20, 2023

Re: Objection Statement for *Doe vs Roblox Corporation*, No. 3:21-CV-03943-WHO (N.D. Cal.)

```
FILED
Jun 27 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
```

I am writing regarding the subject Class Action Suite against Roblox Corporation. My objection is on my own behalf but I believe it may affect a much larger group of people, both already a part of this Settlement and others not included.

My reason for the objection is that Roblox's unscrupulous business actions go beyond simply taking away in-game purchases and extend to unfair account management "policies" that can cause the loss of hundreds or thousands of dollars for users using the Roblox game.

- In May of 2023, my son purchased 1,700 in-game "Robux" for $21.34, however, my credit card was charged twice that amount at $42.68.
- I disputed the additional charge and asked that we either receive the in-game credits or that the duplicate billing on my credit card be reversed.
- The duplicate charge was reversed, however, our Roblox account was also CLOSED.
- I appealed the decision and was told by Roblox Support "*As a result of disputes or chargebacks, players' accounts are closed.*"
- The unscrupulous business practice is that when Roblox is caught stealing your money and you ask for it back, they close your account and effectively take with them hundreds of dollars of in-game purchases.

I feel that the existing Lawsuit should be expanded to investigate other Roblox business practices that unfairly cost users. How is it fair that a corporation cannot be held accountable for their actions without the consumer being penalized?

Should my objection be taken under consideration, I am not able to personally attend or provide counsel or witnesses on my behalf. Rather, I feel this opportunity should expand the existing Case or be taken on in an alternate Class Action Suite.

Included with this statement are copies of correspondence with Roblox Support and the duplicate charge.

Respectfully,

*Vincent Panetta*

Vincent Panetta
8533 Applewhite Road
Wendell, NC  27591
VPanetta68@yahoo.com
Mobile: 919.561.7132
Roblox Account: JeepRider2021