UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| Date: September 27, 2023 | Time: 17 minutes<br>1:54 p.m. to 2:11 p.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 21-cv-03943-WHO | Case Name: Doe v. Roblox Corporation | |

**Attorneys for Plaintiff:**   Eli Wade-Scott and Yaman Salahi

**Attorneys for Defendant:**   Anthony J. Weibell and Carmen Sobczak

**Attorney for Amicus Party:** Peter B. Fredman

**Deputy Clerk:** Jean Davis              **Court Reporter:** Ana Dub

PROCEEDINGS

Final fairness hearing conducted via videoconference. The Court queries counsel as to the value of the settlement to class members, plans for redistribution versus cy pres, and other details of the settlement. The Court has reviewed the objections and the proposed amicus brief. Counsel for the proposed amicus, Mr. Fredman, was offered the opportunity to be heard and declined comment beyond the content of the proposed brief. The Court anticipates approving the settlement by written order to follow.