UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBLOX CORPORATION,<br><br>    Defendant. | Case No. 21-cv-03943-WHO<br><br>**JUDGMENT** |

Judgment is HEREBY ENTERED in accordance with the October 5, 2023 Order Granting Final Approval and Awarding Attorney Fees.

**IT IS SO ORDERED.**

Dated: October 5, 2023

_____
William H. Orrick
United States District Judge