Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Yaman Salahi (SBN 288752)
ysalahi@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Settlement Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JANE DOE,<br><br>               *Plaintiff*,<br><br>        v.<br><br>ROBLOX CORPORATION,<br><br>               *Defendant*. | CASE NO.:  3:21-cv-03943-WHO<br><br>**POST DISTRIBUTION ACCOUNTING**<br><br>Honorable William H. Orrick |

         Pursuant to the Northern District of California's Procedural Guidelines for Class Action Settlements and the Court's order granting final approval of the Class Action Settlement in this matter, Plaintiff submits this post-distribution accounting relating to the distribution of settlement funds to the Class.

1    The information required by the Procedural Guidelines is set forth in the table below, and

2    to the extent necessary, was provided to Plaintiff and Class Counsel by the Settlement

3    Administrator ("Simpluris") and Defendant Roblox.

4    Certain information is not yet available.  Specifically, as of earlier this month,

5    approximately $665 worth of check distributions have not yet been cashed and 20 digital

6    payments totaling $1,136.91 could not be processed.  However, it is possible processing will be

7    successful before May 10, 2024.  In the meantime, Simpluris is contacting individuals associated

8    with unprocessed digital payments, which may result in additional redemption before the deadline.

9    Afterwards, per the terms of the Settlement, unredeemed cash awards will be automatically

10   redistributed to the associated Class Members' Roblox accounts as Robux.  *See* Dkt. 54-1 ¶ 3.3.9.

## Roblox Settlement Accounting

| **Total Settlement Fund** | **$10,000,000** |
|---|---|

| Notice Summary | |
|---|---|
| Class Member Accounts | 16,208,903 |
| Class Members (Est.) | ~8,000,000 |
| Class Members w/ E-mail | 7,459,230 |
| Successful E-mail Notice | 6,749,179 (90.5%) |
| Successful In-App Notice | 16,208,759 (99.99%) |

| Cash Selection Forms | |
|---|---|
| Forms Submitted | 944 |
| Valid Forms | 554 |
| Class Members Eligible to Submit Forms (i.e., Claim Value >= $10) | 0.2% |
| Eligible Class Members Submitting Cash Selection Forms | 1.7% |

| Opt-Outs and Objections | |
|---|---|
| Opt-Outs | 934 |
| Percentage of Opt-Outs | 0.0125% |
| Class Member Objections | 1 |
| Percentage of Objections | ~0.0000001% |

| Robux Relief | |
|---|---|
| Total Robux Available | 759,775,339[1] |
| Successfully Robux Disbursed | 759,766,434 |
| Percentage Successfully Disbursed | 99.99% |
| Accounts Receiving Successful Disbursement | 16,207,149 |
| Average Disbursement | 46.8785 Robux |
| Median Disbursement | 14 Robux |
| Maximum Disbursement | 174,587 Robux |
| Minimum Disbursement | 1 Robux |
| Robux That Could Not Be Credited | 8,905 |
| Number Accounts that Could Not Be Credited | 152 |
| Average Amount Uncredited | 59 Robux |
| Maximum Amount Uncredited | 1,671 Robux |
| 90th Percentile Uncredited | 119 Robux |
| Total Robux Spent By Class Since Dec. 5, 2023 | 19,096,461,736 |
| Total Settlement Robux Spent | 310,056,190 |

| Cash Relief | |
|---|---|
| Number of Disbursements | 527 |
| Total Disbursed | $23,080.41 |
| Average Disbursement | $43.80 |
| Median Disbursement | $15.55 |
| Maximum Disbursement | $812.10 |
| Minimum Disbursement (by Payment Method) | $0.06*[2] |
| Minimum Disbursement (by Class Member) | $10.00 |
| Uncashed Checks | 25 |
| Value of Uncashed Checks | $665.43 |
| Unredeemed Electronic Payments (to be remitted as Robux upon exp.) | $1,136.91 |

| Administrative Costs | $350,000 |
|---|---|

| Attorneys Fees | |
|---|---|
| Already Distributed | $1,500,000 |
| Held Back for Distribution | $500,000 |
| Percentage of Settlement Fund | 20% |
| Updated Lodestar Total | $825,340 |
| Lodestar Multiplier | 2.42 |

---

[1] The conversion rate is 1 Robux = $0.0125.

[2] This minimum disbursement is less than $10 because a single class member had multiple Roblox accounts and selected different payment methods for each account. Accordingly, while the total value of their claim was $19.21, rendering them eligible, one of the chosen disbursement methods resulted in the $0.06 disbursement.

1    Now that the settlement administration plan is nearly complete and virtually all Settlement

2  Class Members have received the relief to which they are entitled, Plaintiff respectfully requests

3  that the Court authorize disbursement of the balance of the attorney's fee award, of $500,000.

4  Should the Court have any questions, Plaintiff is prepared to appear at the May 7, 2024 case

5  management conference to address them.

6

7  Date:   April 25, 2024                    By: */s/ Yaman Salahi*

8                                            Rafey Balabanian (SBN 315962)
                                             rbalabanian@edelson.com
9                                            Yaman Salahi (SBN 288752)
                                             ysalahi@edelson.com
10                                           EDELSON PC
                                             150 California Street, 18th Floor
11                                           San Francisco, California 94111
                                             Tel: 415.212.9300
12                                           Fax: 415.373.9435

13
                                             Jay Edelson (*pro hac vice*)
14                                           jedelson@edelson.com
                                             J. Eli Wade-Scott (*pro hac vice*)
15                                           ewadescott@edelson.com
                                             EDELSON PC
16                                           350 North LaSalle Street, 14th Floor
                                             Chicago, Illinois 60654
17                                           Tel: 312.589.6370
                                             Fax: 312.589.6378
18

19                                           *Attorneys for Plaintiff and the Settlement Class*

20

21

22

23

24

25

26

27

28

POST DISTRIBUTION ACCOUNTING                    -4-                    CASE NO.: 3:21-cv-03943-WHO